IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2025 AUG 19  PM 4: 24

OFFICE OF THE CLERK

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

CARLOS EDUARDO GALAN VARGAS,

        Defendant.

8:25CR 181

INDICTMENT
8 U.S.C. §§ 1326(a) & (b)(2)

The Grand Jury charges that

<u>COUNT I</u>

On or about August 3, 2025, in the District of Nebraska, the defendant, CARLOS EDUARDO GALAN VARGAS, an alien, who previously had been excluded, deported, and removed from the United States to El Salvador, was found in the United States, without the Attorney General of the United States or her designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 203(3) & (4) and Section 557), having expressly consented to defendant's reapplication for admission into the United States.

It is further alleged that the defendant, CARLOS EDUARDO GALAN VARGAS, was excluded, deported, and removed from the United States subsequent to January 29, 2002, and subsequent to August 10, 2018.

In violation of Title 8, United States Code, Section 1326(a) & (b)(2).

A TRUE BILL.

FOREPERSON

1

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

KIMBERLY C. BUNJER
Assistant U.S. Attorney